IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60270
Summary Calendar
_____


ENRIQUE DEL ANGEL MONTIEL,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

- - - - - - - - - -
Petition for Review of an Order
of the Board of Immigration Appeals
BIA No. A36 590 557
- - - - - - - - - -
May 18, 1998
Before JOLLY, BENAVIDES and PARKER, Circuit Judges.

PER CURIAM:[*]

Enrique Del Angel Montiel petitions for review of the Board of Immigration Appeals' decision denying his motion to reopen his appeal. Respondent moves the court to dismiss the petition for lack of jurisdiction.

This court lacks jurisdiction to review Montiel's petition. See Nguyen v. INS, 117 F.3d 206, 207 (5th Cir. 1997). IT IS ORDERED that Respondent's motion to dismiss is GRANTED.

PETITION DISMISSED; MOTION GRANTED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.